## RED RIVER CATTLE COMPANY *v.* SULLY.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE
NORTHERN DISTRICT OF TEXAS.

No. 249. Submitted March 28, 1892. — Decided April 4, 1892.

When the errors assigned depend upon the terms and construction of a
contract, it should appear in the record.

THIS was an action brought by the defendant in error to
recover damages for the non-performance of a contract con-
tained in a bill of sale of cattle running on a range and in the
pastures of the plaintiffs in error in Texas. The record con-
tained no copy of this contract. The brief of the counsel for
plaintiffs in error stated " the questions involved" thus:

" 1. Under the contract, should the winter loss from Decem-
ber 29, 1883, to October 1, 1885, be added to the number of
cattle actually found and counted? or should only the winter
loss occurring from December 29, 1883, to the spring of 1884,
be added to the number actually found and counted?

" 2. Under the contract, before the Red River Cattle Com-
pany could recover for any excess over 3700 head owned by it
on the 29th of December, 1883, was it necessary that more
than 3700 should be actually found and counted? or was it only
required that the number actually found and counted, when
added to the winter loss occurring after December 29, 1883,
should exceed 3700 head?"

*Mr. Sawnie Robertson* and *Mr. W. O. Davis* for plaintiffs
in error.

*Mr. James W. Brown* for defendant in error.

THE CHIEF JUSTICE: The only errors assigned which might
call for consideration depend upon the terms and the construc-
tion of a contract which does not appear in the record.

The judgment is, therefore,                          *Affirmed.*